Case 1:08-cv-02264   Document 4   Filed 04/21/2008   Page 1 of 1

FILED
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner-ee,
Plaintiff-Petitioner,

-v-

K. Schorn, et al.,
Defendant-Respondents.

08CV2264
JUDGE DARRAH
MAG. JUDGE MASON

To: Honorable Chief Judge of the Court.

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM */

Plaintiff-petitioner James G. Turner-ee, Pro Se, pursuant to 28 U.S.C. § 2241 requests that this Honorable Court issue a writ of habeas corpus ad testificandum requiring defendant Warden Hulick to bring him before the Court to determine Motion for temporary restraining order and for leave to proceed in this Court, on date as ordered by the Court, or in the alternative, Order Conference Call, Accordingly.

Plaintiff-petitioner requests that defendant(s) bear the costs of the implementation of the terms of the Writ.

WHEREFORE, DO HE PRAY.

Respectfully submitted,

James G. Turner-ee
James G. Turner-ee
#N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259

*/ Or, alternatively a Conference Call.