UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
eEASTERN DIVISION

FILED
APR 2 1 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES G. TURNER-EL,
Plaintiff(s)

v.

DONALD A. HULICK,
Defendant(s)

08CV2264
JUDGE DARRAH
MAG. JUDGE MASON

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __James G. Turner-El__, declare that I am the (check appropriate box)
   ☐ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature
P.O. Box 711
Menard, Il. 62259
Street Address

Menard, Il. 62259
City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Thomas R. McMillen | Unk Year (1975) |

| Case Title | Unk. |
|---|---|

Appointed Attorney's Name
Thomas Ramsey/ Federal Defender

If case is still pending, please check box: No    plead guilty 1975

---

| Assigned Judge | Case Number |
|---|---|
| James B. Moran | 86 C 8929 |

Case Title  Turner-El v. Branch, et al.,

Appointed Attorney's Name
Jeff Atkinson/Private counsel

If case is still pending, please check box: ☐

---

| Assigned Judge | Case Number |
|---|---|
| | |

Case Title

Appointed Attorney's Name

If case is still pending, please check box: ☐

---

| Assigned Judge | Case Number |
|---|---|
| | |

Case Title

Appointed Attorney's Name

If case is still pending, please check box: ☐