IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner-El
Plaintiff-Petitioner,

-v-

K. Schorn, et al.,
Defendant-Respondents.

08CV2264
JUDGE DARRAH
MAG. JUDGE MASON

To: Chief Judge of
the Court.

**FILED**
APR 2 1 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR AN ORDER AUTHORIZING THE CLERK OF THE COURT TO PHOTOCOPY DOCUMENTS AND SERVE ALL PARTIES AND JUDICIAL COUNCIL

Plaintiff-petitioner James G. Turner-El, Pro Se, pursuant the Fed. R. Civ. P. respectfully move this Honorable Court to enter an Order ordering the Clerk of this Court to make copies and serve on all parties and the Judicial Council.

IN SUPPORT, plaintiff-petitioner states:

1. Because defendant K. Schorn/Librarian refuses to make copies, and the attached documents being only copy, plaintiff-petitioner request order be made for Court Clerk to make copies and serve all parties.

2. Additionally, the Clerk make (4) copies of complaint to Judicial Council and cause service on Clerk of the Court of Appeals and plaintiff-petitioner.

WHEREFORE, DO HE PRAY,

Respectfully submitted,

James G. Turner-El
James G. Turner-El