08CV2264
JUDGE DARRAH
MAG. JUDGE MASON

*Attention*

To: Michael W. Dobbins:
Clerk of the Court

FILED
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sir, I need you to make sure the Chief Judge sees the attached motion and complaint to Judicial Council together, and provide me with stampfiled copies ASAP

Your cooperation is necessary and prayed for.

Thank you.

_____
Petitioner