MHN

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| James G. Turner ee, Petitioner, -v- Ronald A. Aulick, Respondent. | (08 CV 2264) No. 08 C 2264 The Honorable(s) John W. Darrah / Judge, Magistrate Judge Mason. |

FILED
APR 29 2008
4-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR ORDER AUTHORIZING THE CLERK OF THE COURT TO PHOTOCOPY AND SERVE ALL THE PARTIES IN THIS PROCEEDING

COME NOW petitioner James G. Turner ee, Pro Se, and respectfully move this Honorable Court to enter an Order authorizing the Clerk of this Court to photocopy the attached documents and to serve all parties, in support he states:

1. Librarian K. Schorn has refused to photocopy any of petitioner's papers, due to his naming librarian in several lawsuits. Plus, prison is on deadlock/lockdown status so the petitioner has no access to law library. He was able to borrow paper to make this single copy. Accordingly, he needs a copy and that defendants be served.

WHEREFORE, DO WE PRAY.

Respectfully submitted

James G. Turner