IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| James G. Turner-El, Petitioner, | No. 08 C 2264 |
| -v- | The Honorables |
| Donald A. Hulick, Respondent. | John W. Darrah / Judge, Magistrate Judge Mason |

FILED
May 5, 2008
MAY 5 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR AN ORDER TO LAW LIBRARIAN TO PHOTOCOPY EXHIBITS TO BE BROUGHT IN THIS HABEAS PROCEEDING [A]

COME NOW the petitioner James G. Turner-El, Pro Se, and respectfully move this Honorable Court to enter an Order to prison law librarian to photocopy exhibit(s) to be brought and filed in this habeas proceeding.

IN SUPPORT, petitioner states:

1. That petitioner is a prisoner confined to the custody of the Illinois Department of Corrections ("IDOC") at Menard Correctional Center ("Menard") in the disciplinary/segregation unit as such, he has no physical access to prison law library facility to research, prepare nor, to

---

[A] And to Furnish Legal Supplies As Needed.

have his legal documents, pleadings or exhibits photocopied; as such, he could not attach necessary exhibit(s) to habeas petition in this court.

2. Additionally, because petitioner owes IDOC over $10,600.00 in xeroxcopy/legal postage costs; K. Schorn/Librarian is refusing to photocopy his pleadings to reduce his debts. Also, because petitioner has named K. Schorn as a defendant in several civil complaints, she refuses to photocopy any of his pleadings, as such, petitioner could not have this motion copied to serve on the court or respondent's counsel, nor himself.

3. The exhibit(s) to be brought in this proceeding are critical to establishing petitioner's claims for relief, therefore, he needs to submit them before this Court, but, K. Schorn won't photocopy them, until/unless this Court enters an Order requiring K. Schorn to photocopy same, that petitioner can properly serve to the Court and respondent's counsel.

4. Accordingly, petitioner requests this Court to Order K. Schorn photocopy exhibit(s) in this proceeding, that petitioner can serve on the Court.

5. Petitioner recently submitted his late Petition For Leave to Appeal to the Illinois Supreme Court and he expects the Court to deny leave to appeal

-2-

within the next (2) weeks, so that he can properly proceed with this Habeas Petition, with no procedural default.

6. Finally, petitioner needs order from this Court requiring K. Schorn supply petitioner with pen, blank paper and envelopes to prepare his pleadings and mail them timely.

7. For all the foregoing reasons petitioner requests this Honorable Court to enter orders to law library to photocopy his exhibits in this proceedings and to provide pen, paper and envelopes as needed and requested.

WHEREFORE, DO NE PRAY.

Respectfully submitted,

James G. Turner-Ee
#N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259