IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS



RETURNED
APR 2̶5̶ 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James G. Turner-el,
  Plaintiff-Petitioner,

-v-

Donald A. Hulick, Warden,
  Defendant-Respondent,

Illinois State Indictment No. 81 C 9133

No. 08 C 2264

To Honorable Chief Judge of the Court

FILED
MAY 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO HOLD HABEAS CORPUS PETITION IN ABEYANCE PENDING ILLINOIS SUPREME COURT'S DETERMINATION OF LATE NOTICE OF APPEAL

COME NOW plaintiff-petitioner James G. Turner-el, Pro Se, and respectfully move this Honorable Court to enter an Order to hold Federal Habeas proceedings in abeyance pending determination by the Illinois Supreme Court of his late Notice of Appeal.

IN SUPPORT, plaintiff-petitioner states:

1. That plaintiff-petitioner (hereinafter "petitioner") State Post-Conviction was denied May 10, 2006.

2. That petitioner prepared Motions for Appointment of Counsel; For Transmission of Record on Appeal, Application to Sue/Defend As A Poor Person, Affidavit/Notice/Proof of Service, for filing Appeal, but, he inadvertantly failed to include his Notice of Appeal; as such, when he mailed his documents to the Clerk of the Circuit Court of Cook County; same was promptly returned unfiled by the Court Clerk, May 27, 2006.

3. Upon receipt of his returned/unfiled documents petitioner promptly attached his Notices of Appeal and he remailed same to the Clerk of the Circuit Court (2) days before due date on __June__ __8__, 2006.

4. The Clerk of the Circuit Court processed the documents to the Clerk of the Appellate Court, who gave them to Judge McBride, who granted appeal and appointed the State Appellate Defender to represent the petitioner, on date of __June__ __13__ 2006.

5. Appointed counsel immediately filed a Motion to dismiss appeal as untimely filed, to which (3) judges of the Court granted and dismissed appeal, on the date of __January__ __25__ 2007.

6. Petitioner promptly filed his Petitioner for hearing or should he say (Rehearing), but, he never received any word from the Clerk of the Appellate Court. He filed/mailed documents on or about __February__ __5__ 2007.

7. Having heard nothing for many months petitioner filed a Motion for Clarification on or about __Dec.__ __15__, 2007.

8. On or about __Jan__ __8__ 2008, petitioner received a letter from the Clerk of the Appellate Court advising that his Petition for Rehearing was denied way back on __March__ __8__, 2007, and enclosed copy of Order dated __March__ __8__, 2007.

-2-

9. Due to Fact, that (11½) months had elapsed since denial of his appeal and his receipt of said denial, petitioner decided instead of taking a late Appeal to the Illinois Supreme Court to proceed to this Federal Court on Federal Habeas Petition, which he was forced to file late due to defendant Schorn librarian refusal to copy his pleadings and return to him by filing deadlines.

10. However, petitioner has learned that by his foregoing taking appeal though late to the Illinois Supreme Court, that he would be in procedural default.

11. Accordingly, petitioner is taking a late Notice of Appeal to the Illinois Supreme Court, and he pray this Court hold his Habeas Petition in abeyance pending determination of the Illinois Supreme Court in regard to his late Notice of Appeal.*/ As such, Federal Habeas proceeding cannot be deemed untimely

WHEREFORE DO HE PRAY,

Respectfully submitted,

James G. Turner-el
#N. 01161
M.C.C.
P.O. Box 711
Menard, Il. 62259

*/ Late Notice of Appeal was mailed to Illinois Supreme Court April 28, 2008 and should be denied in 2 weeks or less.