**FILED**
MAY 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RETURNED**
APR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

James G. Turner-el,
    Plaintiff-Petitioner,
  -v-
Donald A. Hulick,
    Defendant-Respondent.

State Indictment
No. 81 C 9133
No. 08 C 2264

To Honorable
Chief Judge of the Court.

## MOTION FOR AN ORDER TO DIRECT THE CLERK OF THE COURT TO PHOTOCOPY THESE DOCUMENTS AND SERVE PARTIES

Come Now plaintiff-petitioner James G. Turner-el, Pro Se, and respectfully move this Honorable Court to enter an Order to direct the clerk of the Court to photocopy these documents and to serve on all parties, In support he states:

1. Due to fact that plaintiff-petitioner has named the law librarian in civil rights complaints to be filed in this court, defendant librarian refuses to copy his documents

2. Further due to fact plaintiff-petitioner is confined to Disciplinary/Segregation Unit and Menard prison has continually been on some type of deadlock, he has no way to get copies, or borrow blank paper to make more than this single copy. Accordingly, he seek order for court clerk to photocopy his documents and serve all parties.

WHEREFORE, DO HE PRAY.

Respectfully submitted,
James G. Turner-el