## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2264 | DATE | 5-12-08 |
| CASE TITLE | U.S. ex rel. James G. Turner-El (#N-01161) vs. Donald Hulick, et al. | | |

**DOCKET ENTRY TEXT:**

The petitioner's motions for the clerk to make photocopies [#11], to hold this case in abeyance [#12], and for an order directing the law librarian to photocopy exhibits [#13] are denied as moot. By Minute Order of April 29, 2008, the court dismissed this successive petition for a writ of habeas corpus for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(3). The case is closed.

■ [Docketing to mail notices.]

mjm