UNITED STATES DISTRICT COURT

FOR THE <u>Northern</u> DISTRICT OF ILLINOIS

<u>James G. Turner-El</u>,                )
                                                    )
                        Petitioner,         )
                                                    )       **FILED**
                                                    )       Jun 2 2008
         -vs-                                    )       JUN   2 2008   MB
                                                    )
                                                    )       MICHAEL W. DOBBINS
                                                    )       CLERK, U.S. DISTRICT COURT
                                                    )       NOTICE OF APPEAL
                                                    )
                                                    )       CASE NO. 08 C 2264
<u>Donald A. Hulick</u>,                )
                                                    )       08 C 2264
                        Respondent,     )

## NOTICE OF APPEAL

Notice is hereby given that <u>James G. Turner-El</u> above named, appeals to the United States Court of Appeals for the <u>Seventh</u> Circuit from the <u>denial of Federal Habeas Corpus Petition by the U.S. District Court for the Northern District of Illinois</u>

(attach extra page if necessary)

entered in this action on <u>4/29/08</u>.

Respectfully submitted,

/s/ <u>J.M. _____</u>

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>5/9/08</u>

/s/ <u>J.M. _____</u>
NAME: <u>James G. Turner-El</u>
IDOC#: <u>N-0116</u>
<u>Menard</u> Correctional Center
P.O. BOX <u>711</u>
<u>Menard</u>, IL <u>62255</u>

**FILED**

No. _____

JUN 2 2008 MB

IN THE

MICHAEL W. DOBBINS
UNITED STATES COURT OF APPEALS CLERK, U.S. DISTRICT COURT

FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| U.S. ex rel J. G. Turner-el, ) <br> _____Petitioner_____, ) <br> ) <br> -vs- ) <br> ) <br> Donald A. Hulick, ) <br> _____Respondent_____. ) <br> ) | Appeal from the United States District Court for the __Northern__ District of Illinois. <br><br> Case no. 08 c 2264 <br><br> The Honorable __John W. Darrah__, Judge, Presiding. |

NOTICE OF FILING

TO: Michael W. Dobbins/Clerk
U.S. District Court
219 S. Dearborn Street
Chgo, Il. 60604

PLEASE TAKE NOTICE that on or before the __23__ day of __May 2008__, ~~199~~, I shall cause to be filed with the Clerk of the Court, United States Court of Appeals for the Seventh Circuit the attached __Notice of Appeal__ _____ a copy of which is hereby served upon you.

BY: __James B. _____ el__, Pro-se.
__James G. Turner-el__, pro-se.
P.O. Box 711,
Menard, Illinois 62259-0711

CERTIFICATE OF SERVICE

I, __James G. Turner-el__, being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the __23__ day of __May 2008__, ~~199~~ first class postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT. Executed on __May__ _____ __2008__, ~~199~~. 28 U.S.C. Section 1746.

__James B. _____ el__
Affiant