IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ex rel. James G. Turner-EL, <br><br> Petitioner-Appellant, <br><br> -v- <br><br> Donald A. Hulick, et al., <br><br> Respondent-Appellee(s). | No. 08 C 2264 <br> 08 C 2264 <br><br> The Honorable John W. Darrah, U.S. Judge presiding. |

FILED
Jun 2 2008
JUN  2 2008
mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DOCKETING STATEMENT

Jurisdiction of the district court was pursuant 28 U.S.C. 2254, Appellate Jurisdiction is pursuant F.R.A.P. Rule(s) 3 and 4.

Appeal is taken from judgement denying Habeas relief on the date of May 29, 2008*/ by the U.S. District Court for the Northern District of Illinois. No motions for a new trial or to alter judgement was filed.

Notice of Appeal was filed on the date May 23, 2008, no extensions of time was sought.

Respectfully submitted,

James M. Turner-EL
James G. Turner-EL
N-01161
M.C.C.
P. O. Box 711
Menard, Il. 62259

*/ correct date judgement entered was April 29, 2008

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

U.S. ex rel. J.G. Turner-kc,
Plaintiff,

v.

Donald A. Hulick, et al.,
Defendant

Case No. 08 C 2264

## PROOF/CERTIFICATE OF SERVICE

TO: W. Dobbins/Clerk
U.S. District Court
219 S. Dearborn St.
Chgo, Il. 60604

TO: Lisa Madigan
Attorney General
100 W. Randolph St.
Chgo, Il. 60601

TO: _____

TO: _____

PLEASE TAKE NOTICE that on __May 23__, 20_08_, I have placed the documents listed below in the institutional mail at __Menard__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Docketing Statement__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5/23/08

/s/ James G. _____
NAME: James G. Turner-kc
IDOC#: N-01161
__Menard__ Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised February 2005