IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
6-2-2008
JUN 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James G. Turner-el,
 Petitioner,

-v-

Donald A. Halick,
 Respondent.

(08 cv 2264)

No. 08 C 2264

Hon. John W. Darrah,
U.S. Judge presiding.

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

COME NOW petitioner James G. Turner-el, Pro Se, and respectfully move this Honorable Court for leave to Proceed on Appeal In Forma Pauperis.

IN SUPPORT, petitioner states:

1. Petitioner is a prisoner in the custody of the Ill. Dept. of Corrections ("IDOC") at the Menard Correctional Center ("Menard") confined to Disciplinary/Segregation Unit.

2. As shown by attached Inmate Transaction Sheet, petitioner is destitute and has no monies to prepay Filing Fees on Appeal; Further, this Court granted him

leave to proceed in forma pauperis at the district court level.

3. Accordingly, petitioner requests that this Honorable Court grant him leave to Proceed On Appeal In Forma Pauperis.

WHEREFORE, DO HE PRAY.

Respectfully submitted,

*James G. Turner-el*
James G. Turner-el
#N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259

```
Date:  1/18/2007                        Menard Correctional Center                              Page 1
Time:  1:17pm                                   Trust Fund
d_list_inmate_trans_statement_composite    Inmate Transaction Statement
```

REPORT CRITERIA - Date: 07/01/2006 thru End;   Inmate: N01161;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N01161 Turner, James**                         **Housing Unit: MEN-E -04-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.03 |
| 07/07/06 | Payroll | 20 Payroll Adjustment | 188159 | | P/R month of 06/2006 | .00 | .03 |
| 10/05/06 | Payroll | 20 Payroll Adjustment | 278159 | | P/R month of 09/2006 | .00 | .03 |
| 11/06/06 | Payroll | 20 Payroll Adjustment | 310159 | | P/R month of 10/2006 | .00 | .03 |
| 12/06/06 | Payroll | 20 Payroll Adjustment | 340159 | | P/R month of 11/2006 | .00 | .03 |
| 01/05/07 | Payroll | 20 Payroll Adjustment | 005159 | | P/R month of 12/2006 | .00 | .03 |

|  |  |
|---|---|
| Total Inmate Funds: | .03 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 10,499.42 |
| Funds Available: | -10,499.39 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | 390.28 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 5836 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 10/18/2006 | 390.28 | 390.28 |
| | | | | Total: | 390.28 | |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/04/1997 | 84980016 | Disb | Library | 2 DOC: School Dist. Library | $44.35 |
| 09/04/1997 | 84980017 | Disb | Library | 2 DOC: School Dist. Library | $38.00 |
| 09/04/1997 | 84980018 | Disb | Library | 2 DOC: School Dist. Library | $15.40 |
| 09/04/1997 | 84980019 | Disb | Library | 2 DOC: School Dist. Library | $60.65 |
| 09/04/1997 | 86980031 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $20.42 |
| 09/05/1997 | | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $9.24 |
| 09/05/1997 | | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $22.14 |
| 09/05/1997 | | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $44.20 |
| 09/05/1997 | | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $21.91 |
| 09/05/1997 | | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $12.05 |
| 09/05/1997 | | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $30.52 |
| 09/05/1997 | | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $10.13 |
| 09/05/1997 | | Disb | Library | 2 DOC: School Dist. Library | $208.90 |
| 09/05/1997 | | Disb | Library | 2 DOC: School Dist. Library | $109.45 |
| 09/05/1997 | | Disb | Library | 2 DOC: School Dist. Library | $34.00 |
| 09/05/1997 | | Disb | Library | 2 DOC: School Dist. Library | $160.30 |
| 09/05/1997 | | Disb | Library | 2 DOC: School Dist. Library | $56.50 |
| 09/05/1997 | | Disb | Library | 2 DOC: School Dist. Library | $260.10 |
| 09/05/1997 | | Disb | Library | 2 DOC: School Dist. Library | $104.35 |

| | | | | |
|---|---|---|---|---|
| Date: 1/18/2007 | | **Menard Correctional Center** | | Page 30 |
| Time: 1:17pm | | **Trust Fund** | | |
| d_list_inmate_trans_statement_composite | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: 07/01/2006 thru End;   Inmate: N01161;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N01161 Turner, James**                                             **Housing Unit: MEN-E -04-04**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/18/2006 | 15984 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.74 |
| 12/20/2006 | 16396 | Disb | Library | 2 DOC: 523 Fund Library | $2.85 |
| 12/20/2006 | 16421 | Disb | Library | 2 DOC: 523 Fund Library | $1.50 |
| 12/27/2006 | 16622 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.50 |
| 01/02/2007 | 17378 | Disb | Library | 2 DOC: 523 Fund Library | $34.00 |
| 01/02/2007 | 17423 | Disb | Library | 2 DOC: 523 Fund Library | $36.05 |
| 01/11/2007 | 18594 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| | | | | **Total Restrictions:** | **$10,499.42** |

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner Sr.,  )
Plaintiff,             )
                       )
v.                     ) Case No. 08 C 2264
                       )
Donald A. Hulick,      )
Defendant              )

## PROOF/CERTIFICATE OF SERVICE

TO: Michael W. Dobbins/Clk   TO: Lisa Madigan
U.S. District Court              Attorney General
219 S. Dearborn St.              100 W. Randolph St,
Chgo, Il. 60604                  Chgo, Il. 60601

TO: _____           TO: _____

PLEASE TAKE NOTICE that on __May 23__, 20_08_, I have placed the documents listed below in the institutional mail at __Menard__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion for Leave to Proceed IFP on Appeal; Transmission of Record on Appeal; Motion for Appointment of Counsel on Appeal.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5/23/08

/s/ J.M._____Ed
NAME: James G. Turner Sr.
IDOC#: N-01161
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259