IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner-el,
Petitioner,
-v-
Donald A. Hulick,
Respondent.

No. 08 C 2264
Hon. John W. Darrah,
U.S. Judge presiding.

FILED
6-2-2008
JUN 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR TRANSMISSION OF THREE
RECORDS ON APPEAL

COME NOW petitioner James G. Turner-el, Pro Se, and respectfully move this Honorable Court for (3) Records on Appeal.

IN SUPPORT, petitioner states:

1. This Honorable Court denied petitioner's Federal Habeas Petition, as successive, and petitioner had not sought prior approval to file successive through the U.S. Court of Appeals for the Seventh Circuit.

2. The record in (3) different Habeas proceedings will be necessary on appeal to show the Court of Appeals; that:

a) First Habeas Petition regarded the petitioner's future Federal sentence and

was not brought pursuant his Illinois State Court conviction. b) Second Habeas Petition Case No. 04 C 6889 was brought pursuant the petitioner's criminal appeal, but, same was time barred, plus issues Frivolous on appeal. So petitioner declined to pursue approval of U.S. Court of Appeals to file successive Habeas petition.

c) 3. Present Habeas Petition is pursuant a void Illinois State Court judgement that can be challenged at anytime, and was presented for the First time in Federal Habeas Proceedings.

4. Plaintiff-petitioner's argument on appeal will assert that first Habeas Proceeding was regarding his Federal sentence and could not be brought until Illinois State Conviction was overturned or completed; Next, that his second habeas petition was not only time barred it was frivolous, as such, he did not seek approval from U.S. Court of Appeals to file same late. Finally, that because, neither of his prior Habeas Petitions was determined on their merits and were flawed with procedural default errs. His present

and third Habeas Petition must be deemed his First Habeas Petition on his criminal State Court conviction as prior habeas Petition was time barred and issues pursued Frivolous.

5. Accordingly, the Records in all prior Habeas Proceedings and record in instant Habeas proceeding is necessary on appeal. Additionally, petitioner request this Court order he be served prior orders of denial in prior denials of Habeas proceedings

WHEREFORE DO HE PRAY.

Respectfully submitted,

James G. Turner-El
N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259