IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner-el,
    Petitioner,
        -v-
Donald A. Hulick,
    Respondent.

FILED
6-2-2008
JUN 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

No. 08 c 2264   08 C 2264
Hon. John W. Darrah,
U.S. Judge presiding.

## MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

COME NOW the petitioner, James G. Turner-el, Pro Se, and respectfully move this Honorable Court to appoint counsel to represent him in appeal. IN SUPPORT, petitioner states:

1. That not only is petitioner ignorant in the field and the practice of law, he is also a prisoner in the custody of the Illinois Dept. of Corrections at the Menard prison confined to Disciplinary/Segregation Unit as such, he has no physical access to prison law library services, and cannot research his meritorious claims to present in appeal

2. Next, due to tremendous photocopy/ legal postage debt of over $10,660.00

Dollars) that petitioner owes his custodian and law library Department. Law Librarian K. Schorn refuses to photocopy documents as many times as he requests; Further, won't provide proper number of envelopes (legal envelopes) he needs for mailing, nor provide sufficient legal supplies that he can draft his pleadings.

3. Petitioner meets the Five Factors necessary for this Court to appoint counsel in that: i) As prisoner he can't perform investigation; ii) he can't present his claims; iii) his claims are meritorious; iv) justice best served by counsel being appointed to represent him. v) Further he's being retaliated against by his continued confinement to segregation unit.

4. Accordingly, petitioner requests this Honorable Court appoint counsel to represent him on Appeal.

WHEREFORE DO HE PRAY.

Respectfully submitted,
James B. _____
James G. Turner-El

STATE OF ILLINOIS   )
                    )SS
COUNTY OF RANDOLPH )

## AFFIDAVIT

I, James G. Turner El, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

1) That I am a prisoner confined to segregation unit and have no physical access to prison law library.
2) That due to tremendous debt I owe IDOC and law library Dept, law librarian affords me only limited copies, legal envelopes and legal supplies.
3) That due to my destitution I can't prepay costs to proceed on appeal and this court permitted me to proceed In Forma Pauperis at district court level, nor can I retain services of a private counsel.
4) The record in all previous and present Habeas Proceedings will be necessary on appeal.
5) That all statements made in preceding Motions and this Affidavit is true and correct in substance and in Fact.
6) Further I sayeth not.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 11½ day of May, 2008

_____
Affiant