**FILED**
**JUNE 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 4, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2390
>
> Caption:
> JAMES G. TURNER-EL,
> Petitioner - Appellant
>
> v.
>
> DONALD A. HULICK, Warden,
> Respondent - Appellee
>
> District Court No: 1:08-cv-02264
> Clerk/Agency Rep Michael Dobbins

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)