## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

MHN



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

June 30, 2008

| | JAMES G. TURNER-EL, Petitioner - Appellant | **FILED** 6-30-2008 JUN 30 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
|---|---|---|
| No.: 08-2390 | v. | |
| | DONALD A. HULICK, Warden, Respondent - Appellee | |

**Originating Case Information:**

District Court No: 1:08-cv-02264
Northern District of Illinois, Eastern Division
Court Reporter M. Hacker
Clerk/Agency Rep Michael Dobbins
District Judge John Darrah

Upon consideration of the MOTION FOR VOLUNTARY DISMISSAL, filed on June 25, 2008, by the pro se appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate (form ID: 137)

