## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2264 (App. No. 08-2390) | 6-30-08 **DATE** | 6-30-08 |
| **CASE TITLE** | U.S. ex rel. James G. Turner-El (#N-01161) vs. Donald Hulick, et al. | | |

**DOCKET ENTRY TEXT:**

The petitioner's motion for voluntary dismissal of his appeal [#26] is denied for lack of jurisdiction. This court has no authority to dismiss an appeal. The petitioner must file his motion with the Clerk of the U.S. Court of Appeals for the Seventh Circuit rather than in the district court.

Docketing to mail notices.

mjm